IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 001

PEOPLE OF THE STATE OF ILLINOIS

              VS              NUMBER 99CR1559401

HENRY       JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

Charging the above named defendant with:

```
720-5/12-4(B)(6)                    F 3      AGG BATTERY/PEACE OFF/FIREMAN
720-5/12-4(B)(6)                    F 3      AGG BATTERY/PEACE OFF/FIREMAN
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
07/20/99  IND/INFO-CLK OFFICE-PRES JUDGE         08/05/99  1701
          99CR1559401 ID# CR100441429
08/05/99  CASE ASSIGNED                          08/05/99  1705
          FITZGERALD, THOMAS R.
08/05/99  DEFENDANT IN CUSTODY
          MORAN, JOHN J.
08/05/99  PRISONER DATA SHEET TO ISSUE
          MORAN, JOHN J.
08/05/99  PUBLIC DEFENDER APPOINTED
          MORAN, JOHN J.
08/05/99  DEFENDANT ARRAIGNED
          MORAN, JOHN J.
08/05/99  PLEA OF NOT GUILTY
          MORAN, JOHN J.
08/05/99  MOTION FOR DISCOVERY                                  F     1
          MORAN, JOHN J.
08/05/99  CONTINUANCE BY AGREEMENT               08/23/99
          MORAN, JOHN J.
08/23/99  DEFENDANT IN CUSTODY
          MORAN, JOHN J.
08/23/99  PRISONER DATA SHEET TO ISSUE
          MORAN, JOHN J.
08/23/99  CONTINUANCE BY AGREEMENT               09/16/99
          MORAN, JOHN J.
09/16/99  DEFENDANT IN CUSTODY
          MORAN, JOHN J.
09/16/99  PRISONER DATA SHEET TO ISSUE
          MORAN, JOHN J.
```

GOVERNMENT EXHIBIT A

05/02/2016 MON 10:44 FAX                                                                 ☒020/039

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS.                    NUMBER 99CR1559401

HENRY      JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/16/99 CONTINUANCE BY AGREEMENT                    10/05/99
    MORAN, JOHN J.
10/05/99 DEFENDANT IN CUSTODY
    MORAN, JOHN J.
10/05/99 PLEA OF GUILTY                              C001
    MORAN, JOHN J.
10/05/99 JURY WAIVED
    MORAN, JOHN J.
10/05/99 FINDING OF GUILTY                           C001
    MORAN, JOHN J.
10/05/99 JGMT ON FINDING/VERDICT/PLEA                                  P
    MORAN, JOHN J.
10/05/99 NO ORDER ON COUNT                           C002
    MORAN, JOHN J.
10/05/99 DEF SENTENCED ILLINOIS DOC                  C001
        4 YRS
    MORAN, JOHN J.
10/05/99 CREDIT DEFENDANT FOR TIME SERV
        105 DYS
    MORAN, JOHN J.
10/05/99 CHANGE PRIORITY STATUS                      M
    MORAN, JOHN J.
10/05/99 SENTENCE TO RUN CONSECUTIVE
    98CR10953
    MORAN, JOHN J.
08/28/00 O/C ONLY REL DEF ON D BOND                  00/00/00
    SACKS STANLEY J.
09/06/00 ADMIN MAND FURLOUGH (CCDOC)                 00/00/00

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 05/02/16

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

G.J. No.     54
GENERAL NO. 99 CR- 15594

---

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
July, 1999

---

The People of the State of
Illinois
v.
Henry Johnson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* INDICTMENT FOR \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AGG. BATT. P.O. ETC.

---

A TRUE BILL

*Sandra J. Norris* (signature)

Foreman of the Grand Jury

==============================
WITNESSES
PO. D. AYERS

_____
_____
_____
_____
_____
_____
_____

==============================
Filed _____ 19 99
_____, Clerk
Bail $ _____
==============================

FILED
99 JUL 20 PH 5:24
CLERK OF CIRCUIT COURT
CRIMINAL DIVISION
AURELIA PUCINSKI, CLERK

ORIGINAL
FILE COPY
DO NOT REMOVE

0000044.1430
99

PAGE ___1___ OF ___3___ PAGES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF ILLINOIS   )
                    )SS.
COUNTY OF ILLINOIS)

The July, 1999 Grand Jury of the
Circuit Court of Cook County

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State Of Illinois, upon their oaths aforesaid present that on or about June 23, 1999 at and within the County of Cook

HENRY JOHNSON

committed the offense of   AGGRAVATED BATTERY OF A PEACE OFFICER

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY OR INTENTIONALLY CAUSED BODILY HARM TO KENNY DAVIS, TO WIT: STRUCK KENNY DAVIS ABOUT THE HAND AND BODY, KNOWING KENNY DAVIS TO BE A PEACE OFFICER, TO WIT: CHICAGO POLICE, WHILE ENGAGED IN THE EXECUTION OF HIS OFFICIAL DUTIES, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(B)(6) OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED AND,

Contrary to the statue, and against the peace and dignity of the same People of the State of Illinois.

Charge Id Code 935550

00000044.1431
99

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State Of Illinois, upon their oaths aforesaid present that on or about June 23, 1999 at and within the County of Cook

HENRY JOHSON

committed the offense of   AGGRAVATED BATTERY OF A PEACE OFFICER

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A

FIREARM, KNOWINGLY OR INTENTIONALLY CAUSED BODILY HARM TO TERRY

BRIGGS, TO WIT: STRUCK AND BIT TERRY BRIGGS ABOUT THE HAND AND BODY,

KNOWING TERRY BRIGGS TO BE A PEACE OFFICER, TO WIT: CHICAGO POLICE

OFFICER, WHILE ENGAGED IN THE EXECUTION OF HIS OFFICIAL DUTIES, IN

VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(B)(6) OF THE ILLINOIS

COMPILED STATUTES 1992, AS AMENDED AND,

Contrary to the statue, and against the peace and dignity of the same People of the State of Illinois.

Charge Id Code 935550

0000044.1432

*[signature]*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cook (County)    Chicago (Municipal) DEPARTMENT    Criminal (Division)    First (District)

People of the State of Illinois

v.

Henry Johnson
AKA Henry Jackson
     Defendant

NO. 99 CR 15594 01
I.R. # 1078050
S.L.D. # _____

## ORDER OF SENTENCE AND COMMITMENT TO ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offense(s) enumerated below,

IT IS ORDERED that the defendant __Henry Johnson__ be and is hereby sentenced to the ILLINOIS DEPARTMENT OF CORRECTIONS AS FOLLOWS:

(4) Four Years IDOC
Credit for (105) Days
Consecutive to 98-10953

Offense __Aggravated Battery__    720 ILCS 5 / 12-4(B)(6)
Offense _____ ILCS ___/___
Offense _____ ILCS ___/___
Offense _____ ILCS ___/___

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him/her to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him/her in the manner provided by law until the above sentence is fulfilled.

PREPARED BY: G. Demitro
DEPUTY CLERK

ENTER: _Moran_
JUDGE    JUDGE'S NO.

BRANCH COURT: 606    DATE: 10/5/99

ENTERED
GINA DEMITRO
OCT 05 1999
CLERK OF CIRCUIT COURT
CRIMINAL DIVISION

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CCG-N305-3/11/97-150M(83420244)

1 FILE RECORD-COURT CLERK WILL ATTACH TO FILE