E-FILED
Monday, 19 September, 2016 04:08:56 PM
Clerk, U.S. District Court, ILCD
Page 001

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS   NUMBER 94CR2262101

HENRY   JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5/18-4(A)(3)         F X      AGG VEH HIJACKING/WEAPON
625-5/4-103(A)(1)        F 2      RECEIVE/POSS/SELL STOLEN
720-5/19-1               F 2      BURGLARY
720-5/18-2(A)            F X      (ATT)ARMED ROBBERY
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
09/07/94 IND/INFO-CLK OFFICE-PRES JUDGE           09/23/94 1701
    94CR2262101 ID# CR100590543
09/07/94 BAIL AMOUNT PREVIOUSLY SET                              $ 75000
09/23/94 CASE ASSIGNED                             09/23/94 1711
    BASTONE, ROBERT P.
09/23/94 DEFENDANT IN CUSTODY
09/23/94 PRISONER DATA SHEET TO ISSUE
09/23/94 CONTINUANCE BY AGREEMENT                  10/04/94
10/04/94 TRANSFERRED                               10/07/94 6716
    MADDEN, JOHN K.
10/07/94 DEFENDANT IN CUSTODY
    DOUGLAS, LORETTA C.
10/07/94 PRISONER DATA SHEET TO ISSUE
    DOUGLAS, LORETTA C.
10/07/94 CONTINUANCE BY ORDER OF COURT             10/14/94
    DOUGLAS, LORETTA C.
10/14/94 DEFENDANT IN CUSTODY
    DOUGLAS, LORETTA C.
10/14/94 PRISONER DATA SHEET TO ISSUE
    DOUGLAS, LORETTA C.
10/14/94 MOTION FOR BAIL REDUCTION                           E     2
    DOUGLAS, LORETTA C.
10/14/94 CONTINUANCE BY AGREEMENT                  10/21/94
    DOUGLAS, LORETTA C.
10/21/94 DEFENDANT IN CUSTODY
    DOUGLAS, LORETTA C.
```


GOVERNMENT EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 002

PEOPLE OF THE STATE OF ILLINOIS

           VS           NUMBER 94CR2262101

HENRY      JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
10/21/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
10/21/94 CONTINUANCE BY AGREEMENT               10/27/94
         DOUGLAS, LORETTA C.
10/27/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
10/27/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
10/27/94 CONTINUANCE BY AGREEMENT               10/31/94
         DOUGLAS, LORETTA C.
10/31/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
10/31/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
10/31/94 PUBLIC DEFENDER APPOINTED
         DOUGLAS, LORETTA C.
10/31/94 DEFENDANT ARRAIGNED
         DOUGLAS, LORETTA C.
10/31/94 PLEA OF NOT GUILTY
         DOUGLAS, LORETTA C.
10/31/94 ADMONISH AS TO TRIAL IN ABSENT
         DOUGLAS, LORETTA C.
10/31/94 CONTINUANCE BY AGREEMENT               11/15/94
         DOUGLAS, LORETTA C.
11/15/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
11/15/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
11/15/94 CONTINUANCE BY AGREEMENT               11/21/94
         DOUGLAS, LORETTA C.
11/21/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
11/21/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
11/21/94 MOTION DEFT - CONTINUANCE - MD         11/22/94
         DOUGLAS, LORETTA C.
11/22/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 003

PEOPLE OF THE STATE OF ILLINOIS

        VS        NUMBER 94CR2262101

HENRY    JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/22/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.                                             S      2
11/22/94 MOTION FOR BAIL REDUCTION
         DOUGLAS, LORETTA C.                                              $  75000
11/22/94 BOND TO STAND
         DOUGLAS, LORETTA C.
11/22/94 CONTINUANCE BY AGREEMENT             12/05/94
         DOUGLAS, LORETTA C.
12/05/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
12/05/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
12/05/94 MOTION DEFT - CONTINUANCE - MD       12/28/94
         DOUGLAS, LORETTA C.
12/28/94 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
12/28/94 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
12/28/94 CONTINUANCE BY AGREEMENT             01/06/95
         DOUGLAS, LORETTA C.
01/06/95 DEFENDANT IN CUSTODY
         DOUGLAS, LORETTA C.
01/06/95 PRISONER DATA SHEET TO ISSUE
         DOUGLAS, LORETTA C.
01/06/95 CONTINUANCE BY AGREEMENT             01/17/95
         DOUGLAS, LORETTA C.
01/17/95 PG JW FINDING GUILTY                 C004
         DOUGLAS, LORETTA C.
01/17/95 JGMT ON FINDING/VERDICT/PLEA                      P
         DOUGLAS, LORETTA C.
01/17/95 PRESENTENCE INVESTIGATION WAIV
         DOUGLAS, LORETTA C.
01/17/95 CHANGE PRIORITY STATUS               M
         DOUGLAS, LORETTA C.
01/17/95 DEF SENTENCED ILLINOIS DOC           C004
         6 YRS
         DOUGLAS, LORETTA C.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 004

PEOPLE OF THE STATE OF ILLINOIS

        VS        NUMBER 94CR2262101

HENRY       JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/17/95 CREDIT DEFENDANT FOR TIME SERV
    CREDIT FOR 140 DAYS CCHC TCS/TAS DAY FOR DAY GOOD TIME
    DOUGLAS, LORETTA C.
01/17/95 NOLLE PROSEQUI                         C001
    DOUGLAS, LORETTA C.
01/17/95 NOLLE PROSEQUI                         C002
    DOUGLAS, LORETTA C.
01/17/95 NOLLE PROSEQUI                         C003
    DOUGLAS, LORETTA C.
01/17/95 DEF ADVISED OF RIGHT TO APPEAL
    DOUGLAS, LORETTA C.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 05/02/16

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

************************************************************

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
) INFO. NO. 94CR-22621
V. )
)
HENRY JOHNSON )
)
)                    **ORIGINAL**
)                    FILE COPY
INFORMATION          DO NOT REMOVE

THE PEOPLE OF THE STATE OF ILLINOIS represented by the State's Attorney of Cook County, do hereby inform and charge that against the peace and dignity of the People of the State of Illinois and in violation of the laws of the State of Illinois the herein named defendant(s) contrary to the 1992 Illinois Compiled Statutes did violate said laws of Illinois as described herein.

PAGE ___1___ of ___5___ PAGES

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

0000059.0544

94

05/02/2016 MON 10:42 FAX                                                                ☒008/039

**********************************************

The State's Attorney of Cook County now appears before the Circuit Court of Cook County and in the name and by the authority of the People of the State of Illinois states that on or about AUGUST 31, 1994, in the Cook County, Illinois

HENRY JOHNSON

committed the offense of    AGGRAVATED VEHICULAR HIJACKING

in that   HE, TOOK A MOTOR VEHICLE,

TO WIT: 1989 HYUNDAI EXCEL

FROM THE PERSON OR THE IMMEDIATE PRESENCE OF

CONNIE JACOX

BY THE USE OF FORCE OR BY THREATENING

THE IMMINENT USE OF FORCE

AND HE WAS ARMED WITH A DANGEROUS WEAPON,

TO WIT: A GUN

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 18-4-A(3),

OF THE ILLINOIS COMPILED STATUTES 1992, AS

AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

(Count No. 1)
Charge ID Code: 10066
No: 94CR-22621

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0000059.0545

94

05/02/2016 MON 10:42 FAX ☑009/039

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The State's Attorney of Cook County now appears before the Circuit Court of Cook County and in the name and by the authority of the People of the State of Illinois states that on or about AUGUST 31, 1994, in the Cook County, Illinois HENRY JOHNSON

committed the offense of    POSSESSION OF A STOLEN MOTOR VEHICLE

in that   HE, NOT BEING ENTITLED TO THE POSSESSION OF A
MOTOR VEHICLE, TO WIT: 1989 HYUNDAI EXCEL
PROPERTY OF CONNIE JACOX POSSESSED SAID
VEHICLE, KNOWING IT TO HAVE BEEN STOLEN OR CONVERTED
IN VIOLATION OF CHAPTER 625, ACT 5, SECTION 4-103-A(1)
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

(Count No. 2)
Charge ID Code: 5710001
No: 94CR-22621

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0000059.0546
94

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The State's Attorney of Cook County now appears before the Circuit Court of Cook County and in the name and by the authority of the People of the State of Illinois states that on or about AUGUST 31, 1994, in the Cook County, Illinois

HENRY JOHNSON

committed the offense of BURGLARY

in that HE, WITHOUT AUTHORITY, KNOWINGLY ENTERED INTO A
MOTOR VEHICLE, TO WIT: 1989 HYUNDAI EXCEL
PROPERTY OF CONNIE JACOX,
WITH THE INTENT TO COMMIT THE OFFENSE OF THEFT THEREIN,
IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 19-1-A
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

(Count No. 3)
Charge ID Code: 1110000
No: 94CR-22621

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0000059.0547

94

************************************************************

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS by the State's Attorney of Cook County, through his Assistant State's Attorney, after first being duly sworn on his oath, deposes and swears that the foregoing THREE count(s) in this information has/have been read and subscribed by him as evidenced by his signature below and that the same in each count hereby incorporated is true.

*James D. Tansey*
Assistant State's Attorney

Subscribed and sworn (or affirmed) to before me .....9.7...., 19.94.
by *James D. Tansey*

*Irma Patterson*
Notary Public

OFFICIAL ☐
IRMA L PATTERSON
NOTARY PUBLIC STATE OF ILLINOIS
MY COMM...

The bail is fixed at .................................

JUDGE: ............................
         Enter


AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

0000059.0548

94