IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

           VS          NUMBER 08CR2211301

HENRY  JOHNSON

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| Statute | Class | Description |
|---|---|---|
| 720-5\8-4(720-5\9-1) | F X | (ATT)ATTEMPT FIRST DEGREE MURDER |
| 720-5\8-4(720-5\9-1) | F X | (ATT)ATTEMPT FIRST DEGREE MURDER |
| 720-5\8-4(720-5\9-1) | F X | (ATT)ATTEMPT FIRST DEGREE MURDER |
| 720-5\8-4(720-5\9-1) | F X | (ATT)ATTEMPT FIRST DEGREE MURDER |
| 720-5/12-4.2 | F X | AGGRAVATED BATTERY W/FIREARM |
| 720-5/24-1.2(a)(2) | F 1 | AGG DISCHARGE FIREARM/OCC VEH |
| 720-5/12-4(a) | F 3 | AGG BATTERY/GREAT BODILY HARM |
| 720-5/12-4(b)(8) | F 3 | AGG BATTERY/PUBLIC PLACE |

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
11/21/08 IND/INFO-CLK OFFICE-PRES JUDGE         12/04/08 1701
12/04/08 TRANSFERRED TO SUBURBAN DIST           12/04/08 0600
     BIEBEL, PAUL JR.
12/04/08 TRANSFERRED                            12/04/08 0672
     CLIFFORD ROBERT JEFFERY
12/04/08 DEFENDANT IN CUSTODY                   00/00/00
     BERTUCCI-SMITH LAURA
12/04/08 PRISONER DATA SHEET TO ISSUE           00/00/00
     BERTUCCI-SMITH LAURA
12/04/08 TRANSFERRED                            01/13/09 0674
     BERTUCCI-SMITH LAURA
01/13/09 DEFENDANT IN CUSTODY                   00/00/00
     ZELEZINSKI, FRANK G.
01/13/09 PRISONER DATA SHEET TO ISSUE           00/00/00
     ZELEZINSKI, FRANK G.
01/13/09 DEFENDANT ARRAIGNED                    00/00/00
     ZELEZINSKI, FRANK G.
01/13/09 PLEA OF NOT GUILTY                     00/00/00
     ZELEZINSKI, FRANK G.
01/13/09 MOTION FOR DISCOVERY                   00/00/00  F        1
     ZELEZINSKI, FRANK G.
01/13/09 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
     ZELEZINSKI, FRANK G.
```



GOVERNMENT EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

      VS    NUMBER 08CR2211301

HENRY  JOHNSON

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Next Date |
|---|---|---|
| 01/13/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 02/20/09 0674 |
| 02/20/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 02/20/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 03/24/09 0674 |
| 02/20/09 | MOTION FOR DISCOVERY ZELEZINSKI, FRANK G. | 00/00/00 F    2 |
| 02/20/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 03/24/09 | DEFENDANT IN CUSTODY ZELEZINSKI, FRANK G. | 00/00/00 |
| 03/24/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 03/24/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 04/21/09 0674 |
| 04/21/09 | DEFENDANT IN CUSTODY ZELEZINSKI, FRANK G. | 00/00/00 |
| 04/21/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 04/21/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 06/03/09 0674 |
| 06/03/09 | DEFENDANT IN CUSTODY ZELEZINSKI, FRANK G. | 00/00/00 |
| 06/03/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 06/03/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 07/16/09 0674 |
| 07/16/09 | DEFENDANT IN CUSTODY ZELEZINSKI, FRANK G. | 00/00/00 |
| 07/16/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |
| 07/16/09 | CONTINUANCE BY AGREEMENT ZELEZINSKI, FRANK G. | 09/02/09 0674 |
| 09/02/09 | DEFENDANT IN CUSTODY ZELEZINSKI, FRANK G. | 00/00/00 |
| 09/02/09 | PRISONER DATA SHEET TO ISSUE ZELEZINSKI, FRANK G. | 00/00/00 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

          VS          NUMBER 08CR2211301

HENRY      JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
 09/02/09 CONTINUANCE BY AGREEMENT                 10/05/09 0674
     ZELEZINSKI, FRANK G.
 10/05/09 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 10/05/09 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 10/05/09 CONTINUANCE BY AGREEMENT                 11/20/09 0674
     ZELEZINSKI, FRANK G.
 11/20/09 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 11/20/09 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 11/20/09 CONTINUANCE BY AGREEMENT                 12/21/09 0674
     ZELEZINSKI, FRANK G.
 12/21/09 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 12/21/09 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 12/21/09 CONTINUANCE BY AGREEMENT                 01/22/10 0674
     ZELEZINSKI, FRANK G.
 01/22/10 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 01/22/10 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 01/22/10 CONTINUANCE BY AGREEMENT                 02/24/10 0674
     ZELEZINSKI, FRANK G.
 02/24/10 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 02/24/10 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 02/24/10 CONTINUANCE BY AGREEMENT                 04/07/10 0674
     ZELEZINSKI, FRANK G.
 04/07/10 DEFENDANT IN CUSTODY                     00/00/00
     ZELEZINSKI, FRANK G.
 04/07/10 PRISONER DATA SHEET TO ISSUE             00/00/00
     ZELEZINSKI, FRANK G.
 04/07/10 MOTION STATE - CONTINUANCE -MS           04/23/10 0674
     ZELEZINSKI, FRANK G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

        VS            NUMBER 08CR2211301

HENRY      JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
04/23/10 DEFENDANT IN CUSTODY                     00/00/00
         ZELEZINSKI, FRANK G.
04/23/10 PRISONER DATA SHEET TO ISSUE             00/00/00
         ZELEZINSKI, FRANK G.
04/23/10 MOTION DEFT - CONTINUANCE - MD           06/24/10 0674
         ZELEZINSKI, FRANK G.
06/24/10 DEFENDANT IN CUSTODY                     00/00/00
         ZELEZINSKI, FRANK G.
06/24/10 PRISONER DATA SHEET TO ISSUE             00/00/00
         ZELEZINSKI, FRANK G.
06/24/10 CONTINUANCE BY AGREEMENT                 08/17/10 0674
         ZELEZINSKI, FRANK G.
08/17/10 MH TRANSMITTED TO ISP                    00/00/00
         ZELEZINSKI, FRANK G.
08/17/10 PRISONER DATA SHEET TO ISSUE             00/00/00
         ZELEZINSKI, FRANK G.
08/17/10 CONTINUANCE BY AGREEMENT                 10/20/10 0674
         ZELEZINSKI, FRANK G.
10/20/10 DEFENDANT IN CUSTODY                     00/00/00
         ZELEZINSKI, FRANK G.
10/20/10 PRISONER DATA SHEET TO ISSUE             00/00/00
         ZELEZINSKI, FRANK G.
10/20/10 CONTINUANCE BY AGREEMENT                 01/04/11 0674
         ZELEZINSKI, FRANK G.
01/04/11 DEFENDANT IN CUSTODY                     00/00/00
         ZELEZINSKI, FRANK G.
01/04/11 PRISONER DATA SHEET TO ISSUE             00/00/00
         ZELEZINSKI, FRANK G.
01/04/11 MOTION STATE - CONTINUANCE -MS           01/31/11 0674
         ZELEZINSKI, FRANK G.
01/04/11 WITNESSES ORDERED TO APPEAR              00/00/00
         ZELEZINSKI, FRANK G.
01/04/11 CHANGE PRIORITY STATUS          R        00/00/00
         ZELEZINSKI, FRANK G.
01/31/11 MOTION STATE - CONTINUANCE -MS           02/01/11 0674
         ZELEZINSKI, FRANK G.
01/31/11 WITNESSES ORDERED TO APPEAR              00/00/00
         ZELEZINSKI, FRANK G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

              VS             NUMBER 08CR2211301

HENRY       JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/31/11 CHANGE PRIORITY STATUS          R    00/00/00
    ZELEZINSKI, FRANK G.
01/31/11 DEF DEMAND FOR TRIAL                 00/00/00
    ZELEZINSKI, FRANK G.
02/01/11 CONTINUANCE BY AGREEMENT             02/07/11 0674
    ZELEZINSKI, FRANK G.
02/01/11 DEFENDANT IN CUSTODY
    ZELEZINSKI, FRANK G.
02/01/11 PRISONER DATA SHEET TO ISSUE
    ZELEZINSKI, FRANK G.
02/07/11 DEFENDANT NOT IN COURT               00/00/00
    ZELEZINSKI, FRANK G.
02/07/11 CONTINUANCE BY ORDER OF COURT        02/10/11 0674
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C001 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C002 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C003 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C004 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C006 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C007 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 NOLLE PROSEQUI                  C008 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 PLEA OF GUILTY                  C005 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 FINDING OF GUILTY               C005 00/00/00
    ZELEZINSKI, FRANK G.
02/10/11 DEF SENTENCED ILLINOIS DOC      C005 00/00/00
        6 YRS
    ZELEZINSKI, FRANK G.
02/10/11 CREDIT DEFENDANT FOR TIME SERV       00/00/00
        686 DYS
    ZELEZINSKI, FRANK G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 006

PEOPLE OF THE STATE OF ILLINOIS

        VS        NUMBER 08CR2211301

HENRY       JOHNSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/10/11 SENTENCE TO RUN CONCURRENT      00/00/00
    CONCURENT WITH 08CR1976001
    ZELEZINSKI, FRANK G.
02/10/11 DEF ADVISED OF RIGHT TO APPEAL    00/00/00
    ZELEZINSKI, FRANK G.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 05/02/16

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

G.J. No. 410
GENERAL NO. 08 CR- 22113

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
November, 2008

The People of the State of
Illinois
v.
Henry Johnson

*********************
* INDICTMENT FOR *
*********************

AGG BATT-W-F-A

A TRUE BILL

*(signature)*
Foreman of the Grand Jury

WITNESSES
P.O. RAMSEY

Filed _____, 20 ___
_____, Clerk
Bail $_____

STATE OF ILLINOIS)
                 )SS.
COUNTY OF COOK   )

The NOVEMBER 2008 Grand Jury
Circuit Court of Cook County

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook, Illinois

HENRY JOHNSON

committed the offense of    ATTEMPT FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL,
DID AN ACT, TO WIT: SHOT EDDIE BELL
WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF THE
OFFENSE OF FIRST DEGREE MURDER,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)/9-1(a)(1),
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: A735000
(COUNT 01)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook, Illinois

HENRY JOHNSON

committed the offense of ATTEMPT FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID AN ACT, TO WIT: SHOT VICTIM EDDIE BELL ABOUT THE BODY WITH A FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF THE OFFENSE OF FIRST DEGREE MURDER, AND DURING THE COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY CAUSED GREAT BODILY HARM OR DEATH TO ANOTHER PERSON, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)\(720-5\9-1), OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: A735000
(COUNT NO. 02)

```
**********************************************************
    The Grand Jurors chosen, selected and sworn, in and for the
County of Cook, in the State of Illinois, in the name and by the
authority of the People of the State of Illinois, upon their oaths
present that on or about JULY 26, 2008 and within the County of Cook,
Illinois
```

HENRY JOHNSON

committed the offense of     ATTEMPT FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL,
DID AN ACT, TO WIT: SHOT VICTIM EDDIE BELL ABOUT THE BODY WITH A
FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION
OF THE OFFENSE OF FIRST DEGREE MURDER, AND DURING THE COMMISSION OF
THE OFFENSE HE WAS ARMED WITH A FIREARM,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)\(720-5\9-1),
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND


Contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                                        CHARGE ID CODE: A735000
                                        (COUNT 03)

*************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook, Illinois

HENRY JOHNSON

committed the offense of    ATTEMPT FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID AN ACT, TO WIT: SHOT VICTIM, TO WIT: EDDIE BELL ABOUT THE BODY WITH A FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF THE OFFENSE OF FIRST DEGREE MURDER, AND DURING THE COMMISSION OF THE OFFENSE HE PERSONALLY DISCHARGED A FIREARM, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)\(720-5\9-1), OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: A735000
(COUNT 04)

*********************************************************
    The Grand Jurors chosen, selected and sworn, in and for the
County of Cook, in the State of Illinois, in the name and by the
authority of the People of the State of Illinois, upon their oaths
present that on or about JULY 26, 2008, and within the County of Cook

HENRY JOHNSON

committed the offense of     AGGRAVATED BATTERY WITH A FIREARM

in that HE, IN COMMITTING A BATTERY, KNOWINGLY CAUSED INJURY TO
EDDIE BELL BY MEANS OF THE DISCHARGING OF A FIREARM,
TO WIT: SHOT EDDIE BELL ABOUT THE BODY
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4.2,
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                                    CHARGE ID CODE: 940100
                                    (COUNT 05)

*************************************************************
The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook

HENRY JOHNSON

committed the offense of      AGGRAVATED DISCHARGE OF A FIREARM

in that HE, KNOWINGLY OR INTENTIONALLY DISCHARGED A FIREARM IN THE DIRECTION OF ANOTHER PERSON, TO WIT: EDDIE BELL
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2),
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 1214850
(COUNT 05)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook, Illinois

HENRY JOHNSON

committed the offense of    AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, INTENTIONALLY OR KNOWINGLY
WITHOUT LEGAL JUSTIFICATION CAUSED GREAT BODILY HARM TO EDDIE BELL,
TO WIT: SHOT EDDIE BELL,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(a),
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 935000
(COUNT 07)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about JULY 26, 2008 and within the County of Cook, Illinois

HENRY JOHNSON

committed the offense of    AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, TO WIT: SHOT EDDIE BELL, WHILE THEY WERE ON OR ABOUT A PUBLIC WAY, TO WIT: 152ND AND MARSHFIELD, IN HARVEY, COOK COUNTY, ILLINOIS,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(b)(8),
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 935800
(COUNT 08)